IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN KELLY, | ) | 4:11CV3208 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON APPLICATION** |
| MALLORY REEVES, in her official capcity, | ) | **TO PROCEED WITHOUT** |
| | ) | **PREPAYMENT OF FEES AND** |
| | ) | **AFFIDAVIT** |
| Defendant. | ) | |

Stephen Kelly, a non-prisoner plaintiff, filed an Application to Proceed Without Prepayment of Fees and Affidavit. (Filing No. 2.) Upon review of Stephen Kelly's application, I find that Stephen Kelly is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

Dated December 12, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge